JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
2900 Bristol Street, Suite "A-208"
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:14-cv-5359-CBM |
|---|---|
| Plaintiff, | (PLAx) |
| vs. | [~~PROPOSED~~] ORDER |
| JUDY LOONEY, | JS-6 |
| Defendant(s). | |

**IT IS SO ORDERED**, and case no.: 2:14-cv-5359-CBM (PLAx), United States of America v. Judy Looney, is dismissed without prejudice.

DATED: OCTOBER 31, 2014

_____
Honorable Consuelo B. Marshall
United States District Judge

1